# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AHMAD SAIDI,

        Plaintiff,

v.                                       Case No: 6:18-cv-1338-Orl-40GJK

HATEM A. SAQR,

        Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Dismiss (Doc. 7 (the "**Motion**")), filed August 24, 2018. On September 7, 2018, *pro se* Plaintiff moved for an extension of time to file a response to the Motion. (Doc. 17). On September 11, 2018, the Court granted the request and ordered Plaintiff to file a response by **September 28, 2018**. (Doc. 19). To date, Plaintiff has not responded to the Motion.

In the absence of a response, the Court finds that the Motion is due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss (Doc. 7) is **GRANTED**.

2. The Amended Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE.**

3. On or before **Friday, November 16, 2018**, Plaintiff may file a second amended complaint. Failure to timely file will result in dismissal of this action with prejudice.

**DONE AND ORDERED** in Orlando, Florida on November 2, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties